[No. 70434-6-I.   Division One.   September 22, 2014.]

SUSAN E. SHOLLY ET AL., *Appellants*, v. CYNTHIA WORTH ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-27753-4, Mary E. Roberts, J., entered May 6, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach and Trickey, JJ.

[No. 70464-8-I.   Division One.   September 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS AARON BLALOCK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-00290-6, Douglass A. North, J., entered May 8, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Becker and Dwyer, JJ.

[No. 70557-1-I.   Division One.   September 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JOHN TROXCLAIR, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 12-1-00332-6, Dave Needy, J., entered June 19, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Schindler, JJ.

[No. 70602-1-I.   Division One.   September 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID MICHAEL JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-00500-6, Eric Z. Lucas, J., entered June 27, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Schindler, JJ.